UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE, et al.,<br><br>    Defendants. | Case No.  15-cv-00642-BLF<br><br>**CASE MANAGEMENT ORDER** |

      On June 4, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

      IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | 01/15/2016 |
| Last Day to Disclose Experts | 03/01/2016 |
| Fact Discovery Cut-Off | 01/15/2016 |
| Expert Discovery Cut-Off | 04/30/2016 |
| Last Day to Hear Dispositive Motions | 07/28/2016 at 9:00 am |
| Final Pretrial Conference | 10/27/2016 at 2:30 pm |
| Bench Trial | 11/14/2016 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT this Case is Referred to Judge Cousins for
6 Settlement.   Settlement Conference before Judge Cousins to be held by 09/01/2015.

8 Dated: June 4, 2015

10 BETH LABSON FREEMAN
United States District Judge